UNITED STATES DISTRICT COURT        NORTHERN DISTRICT OF NEW YORK

---

TIFFANY M. HOWARD, Individually and as the
mother and natural guardian of A. M, an infant
under the age of 18 years,

                                       Plaintiffs

    against

                          **Certificate of Service**
                          Case No.: 5:12-cv-0870(TJM/TWD)

TOWN OF DEWITT,
TOWN OF DEWITT POLICE DEPARTMENT,
Officer C. Fuller, individually and in his official capacity,
Officer Edward Mason, individually and in his official capacity,
Officer Thomas Norton, individually and in his official capacity, and
Sergeant Keith Bury, individually and in his official capacity.
                                       Defendants

---

I hereby certify that on December 11, 2014, I electronically filed the following:

        Affidavit in Opposition to Defendants' Motion in Limine
        Memorandum of Law

with the clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Jeffrey D. Brown, Esq.
        MACKENZIE HUGHES LLP
        Attorneys for Defendants
        Office and P. O. Address
        101 South Salina Street, Suite 600
        P. O. Box 4967
        Syracuse, NY 13221-4967

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants: No manual recipients.

                                            */s/ Angela F. Cummings*
                                            Angela F. Cummings
                                            Legal Assistant

HOFFMANN, HUBERT & HOFFMANN, LLP